## EMBRY v. THE STATE.

LITTLE, J.  The verdict is in accordance with law, and amply supported by the evidence.  There was no error in overruling the motion for a new trial.    *Judgment affirmed.  All the Justices concurring.*

Submitted February 19,—Decided February 26, 1900.

Indictment for murder.  Before Judge Harris.  Heard superior court.  September term, 1899.

*Thomas B. Davis* and *Felix N. Cobb,* for plaintiff in error

*J. M. Terrell, attorney-general,* and *T. A. Atkinson, solicitor-general,* contra.

---

## ALFORD v. THE STATE.

LUMPKIN, P. J.  1. The only special ground of the motion for a new trial, to wit, that which related to the refusal of the court to postpone or continue, was not fully verified.  As qualified by the judge's certificate, it was plainly without merit.

2. There was sufficient evidence to warrant the verdict, and it does not appear that the court erred in refusing to grant a new trial.
                    *Judgment affirmed.  All the Justices concurring.*

Submitted February 5,—Decided February 26, 1900.

Indictment for burglary.  Before Judge Harris.  Coweta superior court.  September term, 1899.

*J. C. Newman,* for plaintiff in error.

*T. A. Atkinson, solicitor-general,* contra.